November 4, 2026

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 06 2026
AT ____ O'CLOCK ________
John M. Domurad, Clerk - Albany

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
13 Henry Street
Binghamton, NY 13901
Re: United States v. Real Property
Commonly known as State Highway 30,
Amsterdam, New York 12010
(1:24-cv-01501)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**CASE NO: 1:24-cv-01501**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

*V.*

*Real Property Commonly known as 4223 State Highway 30, Amsterdam, New York 12010; et al,*

*Defendant Property.*

**MOTION FOR SANCTIONS AND TO ENFORCE SETTLEMENT AGREEMENT**

Comes now Claimant, acting pro-se to respectfully move this Honorable Court for an order enforcing the government's written agreement to return the Defendant vehicle 2017 Ford F-250, VIN: 1FTBF2B67HEB48987, which was seized alongside the other properties listed in the caption of this case.

**CLAIMANT"S MOTION TO DISMISS WITH**
**PREJUDICE FOR FAILURE TO PROSECUTE AND GOVERNMENT MISCONDUCT**

Robert E. Fisher appearing *pro se* and respectfully moves this Court to dismiss the above-captioned civil asset forfeiture action with prejudice, and to order the immediate return of all seized assets. In support of this Motion, Claimant states as follows:

**I. BACKGROUND & PROCEDURAL LIMBO**

1. On, July, 1, 2024, the Government seized the Defendant's *Real Property Commonly known as 4223 State Highway 30, Amsterdam, New York, 12010; et al,*

Case No: 1:24-cv-01501

2. Claimant timely filed all required claims and legal papers from day two of this action to contest the seizure and asserts his rights as an innocent owner.

3. This civil action has now dragged on for over two (2) years. The Government has failed to bring this matter to trial, choosing instead to file endless status reports to keep Claimant's property indefinitely without proving any criminal wrongdoing.

## II. REASON 1: FAILURE TO PROSECUTE & DUE PROCESS VIOLATIONS

4. Under **Federal Rule of Civil Procedure 41(b)**, a court may dismiss an action if the plaintiff fails to prosecute the case. Holding a citizen's vital vehicle for over 24 months through intentional delays constitutes a failure to prosecute and direct violation of the Fifth Amendment's Due Process Clause.

## III. REASON 2: GOVERNMENT BAD FAITH AND BROKEN AGREEMENTS

5. On January 22, 2026, Assistant U.S. Attorney Alex Wentworth-Ping explicitly stated via email that the Government would return the truck 2017 Ford F250 VIN: 1FTBF2B67HEB48987 upon receiving the vehicle's VIN. This email is officially on the record as a stamped exhibit. (See Docket Entry, Exhibit 1).

6. Claimant compiled and provided the requested information. The Government subsequently engaged in bad faith by denying its own written representations. This email is officially on record as a stamped exhibit. (See Docket Entry, Exhibit 2).

## IV. REASON 3: RETALIATORY HARASSMENT OF CLAIMAINT'S FAMILY

7. The Government has escalated this matter into an unconstitutional campaign of harassment against Claimant's 21-year old daughter, who has been repeatedly and illegally been searched by Homeland Security at transit checkpoints. Illegally searched dates: August 2, 2024 and March 2, 2026.

8. When confronted, a Homeland Security agent explicitly stated the searches were happening "because of her father".

9. Alex Wentworth-Ping verbally conceded that this enforcement flag was an error and "should have been lifted". An apology is insufficient to cure this ongoing violation of an innocent third party's civil liberties and a complete violation of our 4th Amendment Rights. On March 22, 2026, Alex Wentworth Ping emailed claimant's daughter that he "wasn't aware". This email is officially on the record as a stamped exhibit. (See Docket Entry, Exhibit 3).

## V. CONCLUSION & PRAYER FOR RELIEF

The Government's two-year delay, combined with bad-faith written misrepresentations and the targeted harassment of Claimant's family, demonstrates an abuse of the federal forfeiture system.
WHEREFORE, Claimant respectfully requests that this Honorable Court:

a) **DISMISS** this entire action **WITH PREJUDICE;**
b) **ORDER** the Government to immediately release the truck and all other seized assets to Claimant; and
c) **SCHEDULE** an immediate Oral Argument/Status Conference to address the Government's misconduct.

DATED: November 4, 2026

Respectfully submitted,

Robert E. FIsher
4223 State Highway 30
Amsterdam, New York 12010
518-866-4041
creativeautobodyanddetailing@gmail.com

Jacquelyn Fisher
4223 State Highway 30
Amsterdam, NY 12010

Robert Fisher
4223 State Highway 30
Amsterdam, NY 12010

Ryan Passino
4223 State Highway 30
Amsterdam, NY 12010

Exhibit (1)

Gmail Case 1:24-cv-01501-LEK-ML Ship and Copy <shipandcopy@gmail.com>

**Fwd: [EXTERNAL] Re: USA v. 4223 State Highway 30 - Ford**

1 message

Robert Fisher <creativeautobodyanddetailing@gmail.com> Fri, Apr 3, 2026 at 6:11 AM
To: shipandcopy@gmail.com

Sent from my iPhone

Begin forwarded message:

**From:** Robert Fisher <creativeautobodyanddetailing@gmail.com>
**Date:** March 31, 2026 at 11:23:44 AM EDT
**To:** Ryan Passino <ryanjoe8896@gmail.com>
**Subject: Fwd: [EXTERNAL] Re: USA v. 4223 State Highway 30 - Ford**

Sent from my iPhone

Begin forwarded message:

**From:** "Wentworth-Ping, Alexander (USANYN)" <Alexander.Wentworth-Ping@usdoj.gov>
**Date:** January 22, 2026 at 4:26:31 PM EST
**To:** Robert Fisher <creativeautobodyanddetailing@gmail.com>
**Subject: RE: [EXTERNAL] Re: USA v. 4223 State Highway 30 - Ford**

Civil Action NO: 1:24-CV-1501(LEK/ML)

Mr. Fisher,

Can you please confirm which Ford you were willing to put a deposit on so that it could be returned to you? Was it the 2019 Ford F-550, VIN 1FDUF5HY2KDA07255, or the 2017 Ford F250 VIN 1FTBF2B67HEB48987?

Thanks!

Please Read the lies

Alexander Wentworth-Ping
Assistant United States Attorney
Direct: 518-431-0217
Cell: 518-545-6305

-----Original Message-----
From: Wentworth-Ping, Alexander (USANYN)
Sent: Tuesday, January 20, 2026 9:39 AM
To: Robert Fisher <creativeautobodyanddetailing@gmail.com>
Subject: RE: [EXTERNAL] Re: USA v. 4223 State Highway 30 - Meeting with Fisher and Passino

Hi Mr. Fisher, I'm not sure but I think you may have called me yesterday? Because it was a holiday for MLK day, I was not working. Let me know when you'd like to schedule a call. Thanks.

Alexander Wentworth-Ping
Assistant United States Attorney
Direct: 518-431-0217
Cell: 518-545-6305

-----Original Message-----
From: Robert Fisher <creativeautobodyanddetailing@gmail.com>
Sent: Monday, January 19, 2026 12:08 PM
To: Wentworth-Ping, Alexander (USANYN) <Alexander.Wentworth-Ping@usdoj.gov>

Exhibit (2)

Gmail Case 1:24-cv-01501-LEK-ML

Ship and Copy <shipandcopy@gmail.com>

**Fwd: [EXTERNAL] Re: USA v. 4223 St Hwy - Contact with the USAO**

1 message

**Robert Fisher** <creativeautobodyanddetailing@gmail.com> Fri, Apr 3, 2026 at 9:58 AM
To: shipandcopy@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** "Wentworth-Ping, Alexander (USANYN)" <Alexander.Wentworth-Ping@usdoj.gov>
> **Date:** April 1, 2026 at 8:02:28 AM EDT
> **To:** Robert Fisher <creativeautobodyanddetailing@gmail.com>
> **Subject: RE: [EXTERNAL] Re: USA v. 4223 St Hwy - Contact with the USAO**
>
> Hi Bob, there is no offer to return the F-250 truck or the Kubota tractor or any other vehicle to you. The offer is that you dismiss your claims to all of the vehicles and the bank accounts, and in return, we release the lien on your property at 4223 State Highway. Thanks and have a nice day.
>
> Plese Read the lies
>
> Alexander Wentworth-Ping
>
> Assistant United States Attorney
>
> Direct: 518-431-0217
>
> Cell: 518-545-6305
>
> **From:** Robert Fisher <creativeautobodyanddetailing@gmail.com>
> **Sent:** Wednesday, April 1, 2026 7:49 AM
> **To:** Wentworth-Ping, Alexander (USANYN) <Alexander.Wentworth-Ping@usdoj.gov>
> **Subject:** [EXTERNAL] Re: USA v. 4223 St Hwy - Contact with the USAO
>
> Alex. Also the mower on the back of my kubota tractor that I sent you the receipt I need it to maintain the property that you have a lien on if not I will buy a new one and bill it to the government I'm purchasing a new tractor this week because I can't be without out one I have to maintain this property we can't afford to pay people to maintain the property like government does with their properties. But then again the working slobs pay for the maintenance of the governments property's through our taxes. lol what a world
>
> Sent from my iPhone
>
> BRoken Agreements
>
> On Apr 1, 2026, at 7:36 AM, Robert Fisher <creativeautobodyanddetailing@gmail.com> wrote:
>
> Alex as you have said in the past I can write a check for the f250 truck and you would hold the money until case is over I need to know how long that will take to get it in my possession and who to make check out to I can drop the check off when I drop the status report I know they have to run the drug dogs through it could you tell the agency to at least have the dogs nails trimmed so they don't

Case 1:24-cv-01501 LEK-ML

EXHibit 3

**shipandcopy@gmail.com**

| | |
|---|---|
| **From:** | Robert Fisher <creativeautobodyanddetailing@gmail.com> |
| **Sent:** | Monday, June 8, 2026 10:17 AM |
| **To:** | shipandcopy@gmail.com |
| **Subject:** | Fwd: [EXTERNAL] Case |

AND they Did Recover some of the money FRom the MAIN PerpetRAtor

Sent from my iPhone

Begin forwarded message:

**From:** jackie fisher <jackiefisher9512@gmail.com>
**Date:** June 7, 2026 at 10:14:19 PM EDT
**To:** "R. Fisher" <creativeautobodyanddetailing@gmail.com>
**Subject: Fwd: [EXTERNAL] Case**

Please Read His own Email

---------- Forwarded message ---------
From: **Wentworth-Ping, Alexander (USANYN)** <Alexander.Wentworth-Ping@usdoj.gov>
Date: Fri, Mar 27, 2026 at 11:20 AM
Subject: RE: [EXTERNAL] Case
To: jackie fisher <jackiefisher9512@gmail.com>

they Admited I was wRong

Hi Jackie, thanks for reaching out.

Evidence

I understand that you getting inspected when coming back from international travel was disruptive. For what it's worth, I was not aware that would happen and understand that the notification within DHS that led to your secondary inspection has now been removed.

they Dont know

At the end of the day, the government simply wants to recover some of the money that we believe was inappropriately taken from Mr. Jarosz's accounts. If you or your father were able to secure a loan from the bank and provide a check to the government for the money we believe was directed to pay for or pay off the assets that we have seized, then we would likely be receptive to that. I can send you a chart laying out the amounts we believe were taken from the victim's bank account and traced to the forfeited assets if that might be helpful for you. It's several hundred thousand dollars though, so I'm not sure you will be able to secure a loan of that size so easily. I think that would be up to you