U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 09 - 2026
John M. Domurad, Clerk

November 4, 2026

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
13 Henry Street
Binghamton, NY 13901
Re: United States v. Real Property
Commonly known as State Highway 30,
Amsterdam, New York 12010
(1:24-cv-01501)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**CASE NO: 1:24-cv-01501**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

*V.*

*Real Property Commonly known as 4223 State Highway 30, Amsterdam, New York 12010; et al,*

*Defendant Property.*

In response to your interrogatory questions, as to where and who I bought each vehicle from that you are holding, we do not have the registrations, titles, and previous ownership paperwork because the government seized all of that on July 1, 2024. WIth the exclusion of the following: 2019 F550 Flatbed, 2017 F250 Ford Pickup, Kubota Tractor, the mower on the back of the Kubota tractor, and 1972 Chevy C-10 Truck and I paid cash for the 1972 Chevy C-10 truck. Jackie had one car purchased by Gladys Griffith which was traded in because the car was a lemon and another car was purchased and I put down $10,000 which was proven through my checkbook. Alex Wentworth-Ping and I have already been over this thoroughly. I put a lot of money into the other cars that were seized. For example, the 1967 Camaro Convertible has over $10,000 dollars of repairs, parts, and materials done at my body shop. I had loans on everything else including my house, and the Government knows the figures and has had all of this information with the payoffs that Gladys Griffith paid off without my consent or knowing of any wrongdoing, or if there was any wrongdoing. As I have stated throughout this entire case, I have no idea of any wrongdoing and there was certainly no wrongdoing on my part.

In answer to your questions in your email dated Friday, October 23, 2026, I will provide any information that I can about how the vehicles were obtained under oath. As far as the tax question you asked in your email, I have answered you and the court to the best of my knowledge and you did not send me a form to sign as the court ordered did not abide by the deadline. The form that you sent me said there are fees and I am not paying any fees for your

inquiries about my taxes. Feel free to pay the fees and I will sign it. Just remember, you violated a court order, but you told me to take that issue up with the court and hung up the phone abruptly.

The rest of the cars were bought with the beneficiary money that was legal money to my knowledge and were paid for out of the Berkshire account.

Respectfully submitted,

Robert E. FIsher
4223 State Highway 30
Amsterdam, New York 12010
518-866-4041
creativeautobodyanddetailing@gmail.com

Jacquelyn Fisher
4223 State Highway 30
Amsterdam, NY 12010

Robert Fisher
4223 State Highway 30
Amsterdam, NY 12010

Ryan Passino
4223 State Highway 30
Amsterdam, NY 12010

FROM: (518) 842-5188
Shipping Manager
Ship and Copy
4875 State Hwy. 30
#124
AMSTERDAM NY 12010
US

SHIP DATE: 06NOV26
ACTWGT: 1.00 LB
CAD: 261343030/FAPI2208
DIMMED: 12 X 10 X 1 IN
BILL SENDER

58KJ7/80FA/484B

TO Hon.Miroslav Lovric US Magistrate J
Federal Bldg. & U.S. Courthouse
13 Henry Street

BINGHAMTON NY 13901 (US)

(000) 000-0000 REF:
INV: PKG ID: 348365
PO: DEPT:

FedEx
Ground
G

J262026101501uv

TRK# 8798 5898 0678

13901

9622 0019 0 (000 000 0000) 0 00 8798 5898 0678

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited. [illegible]

138
MON 11/09 05:06
FEDERAL BLDG. & U.S. COURTHOUSE 9633381
13 HENRY ST
BINGHAMTON NY
G 13901-2741-13
415-6080
ETP: 1
SP:PD:100.Y
962200190000000000800:79858980678